# EXHIBIT A



September 20, 2023

**VIA CERTIFIED AND ELECTRONIC MAIL**

Endless Mountain Behavioral Health Central, Inc.
Attn: Daniel Fenton, President
175 Lamoka Road
Sayre, PA 18840
Info@EndlessMountainBHC.com

Re: Infringement of Intellectual Property Rights of Endless Mountains Extended Care, LLC

Dear Mr. Fenton:

This law firm represents Endless Mountains Extended Care, LLC ("EMEC") in connection with its intellectual property rights. Your use of "Endless Mountain" is a violation of EMEC's common law trademark rights, common law service mark rights, and trade name rights. This letter constitutes EMEC's demand that you immediately cease and desist any and all use of "Endless Mountain" and any derivatives thereof. You should immediately forward this letter to your attorney.

EMEC is a family-owned business offering drug and alcohol treatment services to a wide range of individuals who reside throughout Pennsylvania, New York and New Jersey. EMEC was registered as a liability company in the Commonwealth of Pennsylvania in January 2018 and has continually used "Endless Mountains", "Endless Mountains Care", and derivatives thereof (collectively, the "Marks") as its brand name since that time throughout Pennsylvania, New York and New Jersey.

Since its organization, EMEC has continually utilized the Marks in its advertising campaigns and in the community, including through its website at https://endlessmtncare.com/ which EMEC registered on September 18, 2018. Furthermore, EMEC has been actively involved in the community in its efforts to further promote its brand and the Marks. As a result of these numerous efforts by EMEC, EMEC's customers and the public now recognize EMEC as an established and successful drug and alcohol treatment services business.

Recently, EMEC became aware of your use of the Marks and your website utilizing the



https://endlessmountainbhc.com/ domain name in connection with a drug and alcohol rehabilitation center. Your domain name registration date for the https://endlessmountainbhc.com/ domain was February 27, 2023, more than four (4) years following the registration by EMEC of the domain set forth in the preceding paragraph. Under Pennsylvania law, common law trademark infringement occurs when a party utilizes a trade or service mark that creates a likelihood of consumer confusion. As you are undoubtedly aware, your domain name utilizes EMEC's Mark.

Because of your use of the Marks, EMEC has already witnessed and documented multiple instances of actual confusion in the market. The confusion that EMEC has become aware of presumably represents only a small portion of consumers who are confused but never take the time to find another way to contact EMEC and report the confusion caused by your use of the Marks.

Be advised that EMEC takes protection of its intellectual property and the reputation and goodwill of its Marks with the utmost seriousness. You must immediately cease and desist all promotion, marketing, and/or use of the Marks and the https://endlessmountainbhc.com/ domain. Your current behavior creates confusion in the marketplace and provides an unfair competitive advantage to your business at the expense of EMEC's efforts, reputation and goodwill. If your conduct continues, we will advise EMEC on all options available to protect its intellectual property and enforce its rights to the fullest extent available by law.

If you or your attorney have any questions, please feel free to contact me.

*[signature]*

J. Maximilian Peters, Esq.