APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ENDLESS MOUNTAIN BEHAVIORAL HEALTH CENTER INC. | : | |
| V. | : | Civil Action |
| ENDLESS MOUNTAINS EXTENDED CARE, LLC | : | No: 2:24-cv-00520-TJS |

DISCLOSURE STATEMENT FORM

Please check one box:

[✓]  The nongovernmental corporate party, <u>Endless Mountain Behavioral Health Center Inc.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

02/09/2024                                    /s/ Douglas Panzer
Date                                              Signature

Counsel for: Plaintiff

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.