**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ENDLESS MOUNTAIN BEHAVIORAL** | : | **CIVIL ACTION** |
| **HEALTH CENTER INC.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ENDLESS MOUNTAINS EXTENDED** | : | |
| **CARE, LLC** | : | **NO. 24-520** |

## <u>ORDER</u>

**NOW**, this 8th day of April, 2024, upon consideration of Plaintiff's Complaint and it appearing that the parties reside in and the operative facts occurred in the Middle District of Pennsylvania, the plaintiff shall, no later than **April 18, 2024**, file a statement showing cause why this action should not be transferred to the United States District Court for the Middle District of Pennsylvania.

　　　　　　　　　　　　　　　　 /s/ Timothy J. Savage
　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.