**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **ENDLESS MOUNTAIN BEHAVIORAL HEALTH CENTER, INC.** | : : : : | **CIVIL ACTION** |
| **Plaintiff,** | : : | NO. 2:24-cv-00520-TJS |
| v. | : : |  |
| **ENDLESS MOUNTAINS EXTENDED CARE, LLC** | : : : : |  |
| **Defendant.** | : |  |

**NOTICE OF APPEARANCE**

Kindly enter my appearance on behalf of Defendant, Endless Mountains Extended Care, LLC in the above-captioned matter.

Respectfully submitted,

**COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.**

Dated:  4/10/2024

*/s/ Anthony Chwastyk, Esquire*
**ANTHONY CHWASTYK, ESQUIRE**
PA ID No. 306914
1600 Market Street, 32nd Floor
Philadelphia, Pennsylvania 19103
Phone: (215) 564-1700
Fax:    (215) 564-3066
Email: achwastyk@cohenselgias.com

*Attorney for Defendant
Endless Mountains Extended Care, LLC*

**CERTIFICATE OF SERVICE**

I, Anthony Chwastyk, Esquire, hereby certify that on this 10th day of April, 2024, a true and correct copy of the foregoing Notice of Appearance has been filed electronically and is available for viewing and downloading from the ECF system and was served via electronic notification upon the following:

>Douglas Panzer, Esq.
>Caesar Rivise, PC
>7 Penn Center, 12th Floor
>1635 Market Street
>Philadelphia, PA   19103
>dpanzer@crbcp.com
>*Attorney for Plaintiff*

*/s/ Anthony Chwastyk, Esquire*
**ANTHONY CHWASTYK, ESQUIRE**
PA ID No. 306914