UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENDLESS MOUNTAIN BEHAVIORAL HEALTH CENTER INC.<br><br>        Plaintiff,<br><br>v.<br><br>ENDLESS MOUNTAINS EXTENDED CARE, LLC<br><br>        Defendant. | Docket No. 2:24-cv-00520<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE ON ORDER TO SHOW CAUSE (D.I. 5)

Responsive to the Court's Order of April 9, 2024, Plaintiff hereby advises the Court it does not object to the transfer of this case to the Middle District of Pennsylvania.

Dated: April 18, 2024

Respectfully Submitted,

CAESAR RIVISE, PC

/s/ Douglas Panzer

Douglas Panzer (PA Bar ID# 203354)
12th Floor
1635 Market Street
Philadelphia, PA  19103
Tel: (215) 567-2010
dpanzer@crbcp.com

*Attorneys for Plaintiff Endless Mountain Behavioral Health Center Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that I served a true and correct copy of the foregoing PLAINTIFF'S NOTICE ON ORDER TO SHOW CAUSE (D.I. 5) upon all counsel of record, via email, on April 18, 2024.

_____
**Douglas Panzer**
Caesar Rivise, PC
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
dpanzer@crbcp.com

*Attorneys for Plaintiff*